UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AINTITCOOL.COM et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-05365-SB-MAR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　　On September 12, 2023, the Court granted Plaintiff's request for expedited discovery to serve a third-party subpoena on Network Solutions, the website registrar of Defendant Aintitcool.com, to obtain the identity of the Defendant's owner.  Dkt. No. 24.  Plaintiff was required to file a status report on the service and discovery by no later than October 13, 2023.  *Id*.  Plaintiff has failed to timely file the status report.

　　　　Plaintiff is ordered to show cause, in writing, no later than Wednesday, October 25, 2023, why its claims against Aintitcool.com should not be dismissed for lack of prosecution.  The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 25, 2023, of a status report updating the Court on the status of service and discovery.  The filing of such a status report shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Aintitcool.com.

Date: October 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge