UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AINTITCOOL.COM et al.,<br><br>Defendants. | Case No. 2:23-cv-05365-SB-MAR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

After the Court granted Plaintiff's request for expedited discovery to learn the identity of the website registrar for Defendant Aintitcool.com, Plaintiff failed to timely file a status report as ordered.  Dkt. No. 24.  The Court issued an order to show cause (OSC) re lack of prosecution for failure to comply with the Court's order.  Dkt. No. 25.  The order stated that the timely filing of a status report would serve to automatically discharge the OSC.  Id.  Plaintiff timely filed the status report on October 24, 2023, discharging the OSC.  Dkt. No. 26.

In the status report, Plaintiff stated that it had recently learned the identity of the website registrar and (having already served him) re-served him via mail and email.  Id.  Plaintiff then stated that it would seek entry of default if the registrar failed to timely respond to service by November 10, 2023.  Id.  That time has passed, but Plaintiff has not sought entry of default.

Plaintiff is ordered to show cause, in writing, no later than Friday, January 12, 2024, why its claims against Defendants should not be dismissed for lack of prosecution.  The Court will consider as an appropriate response to this OSC the filing, on or before January 12, 2024, of a request for entry of default.  The filing of such a request shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the

1

dismissal without prejudice of Plaintiff's claims against Defendants. If default is entered in this case, Plaintiff shall have seven days from the entry of default to file a motion for default judgment. Failure to do so will result in dismissal of this case for lack of prosecution without any further OSC to remind Plaintiff of its litigation obligations.

Date: January 10, 2024

Stanley Blumenfeld, Jr.
United States District Judge